**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01880-WJM

HOWARD COHAN, an individual,
individually and on behalf of all others similarly
situated,

    Plaintiffs,

v.

SPIRIT AP PORTFOLIO 1, LLC,
J.K. GREENE INVESTMENTS LLC,
AJG INVESTMENTS LLC,
SCG INVESTMENTS, LLC,
EINSTEIN AND NOAH CORP.,
TMG OF COLORADO, LLC;
and APPLE COLORADO, LLC,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, respectfully notifies the Court that he has agreed in principle to settle his claims with Defendants, Apple Colorado, LLC ("Apple CO") and Spirit AP Portfolio 1, LLC ("Spirit"), set forth in the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a Settlement Agreement and Stipulation of Dismissal. Plaintiff, Apple CO, and Spirit respectfully request that they be given 30 days to file a Stipulation of Dismissal. Apple CO and Spirit respectfully request that all upcoming deadlines, including, but not limited to, their responses to the Complaint, be adjourned *sine die*.

Dated this 2nd day of October 2019.

-2-

Respectfully submitted,

*/s/ Jennifer S. Rusie*
Jennifer S. Rusie, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908
Email:  Jennifer.Rusie@odnss.com

Attorney for Defendants
Spirit AP Portfolio 1, LLC and
Apple Colorado, LLC


/s/  *Gloria Yacoub Saad* (w/permission)
Gloria Yacoub Saad, Esq,
Blackmore Law PLC
21411 Civic Center Drive
Suite 200
Southfield, MI 48076
Telephone:  888.835.2993 ext. 701
Email:  gsaad@blackmorelawplc.com

Attorney for Plaintiff

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2ND day of October 2019, I electronically filed the foregoing JOINT NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Gloria Yacoub Saad, Esq,
Blackmore Law PLC
21411 Civic Center Drive
Suite 200
Southfield, MI 48076

Edward Michael Allen
Ryan Bonnie Thompson
Ethan Elliott Zweig
Michael Patrick Curry
Allen & Curry PC
1125 17th Street
Suite 1275
Denver, CO 80202

Jeffrey Scott Beck
Faegre Baker Daniels LLP-Indianapolis
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204-1750

Jill A. Zender
Faegre Baker Daniels LLP-Denver
1144 Fifteenth Street
Suite 3400
Denver, CO 80202

*s/ Jennifer S. Rusie*
Jennifer S. Rusie