# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01880-WJM

HOWARD COHAN,

      Plaintiff,

v.

SPIRIT AP PORTFOLIO 1, LLC,
J.K. GREENE INVESTMENTS LLC,
AJG INVESTMENTS LLC,
SCG INVESTMENTS, LLC,
EINSTEIN AND NOAH CORP.,
TMG OF COLORADO, LLC;
and APPLE COLORADO, LLC,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL AS TO AJG INVESTMENTS LLC, SCG INVESTMENTS, LLC, AND J.K. GREENE INVESTMENTS LLC UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action against AJG Investments LLC, SCG Investments, LLC, and J.K. Greene Investments LLC under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

      Respectfully Submitted,

      BLACKMORE LAW PLC

      */s/ Gloria Y. Saad*

By:  Gloria Y. Saad
      Blackmore Law PLC
      Attorney for Plaintiff
      21411 Civic Center Drive, Suite 200
      Southfield, MI 48076

P: (248) 845-8594
E: gsaad@blackmorelawplc.com
P83131

Dated: January 3, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2020, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL AS TO AJG INVESTMENTS LLC, SCG INVESTMENTS, LLC, AND J.K. GREENE INVESTMENTS LLC UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

*/s/ Gloria Y. Saad*
Gloria Y. Saad