IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01880-WJM

HOWARD COHAN,

    Plaintiff,

v.

SPIRIT AP PORTFOLIO 1, LLC,
J.K. GREENE INVESTMENTS LLC,
AJG INVESTMENTS LLC,
SCG INVESTMENTS, LLC,
EINSTEIN AND NOAH CORP.,
TMG OF COLORADO, LLC;
and APPLE COLORADO, LLC,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL AS TO SPIRIT AP PORTFOLIO 1, LLC AND APPLE COLORADO, LLC UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

---

Plaintiff, through his undersigned counsel, voluntary dismisses this action against AP Portfolio 1, LLC and Apple Colorado, LLC under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    */s/ Gloria Y. Saad*

By:  Gloria Y. Saad
      Blackmore Law PLC
      Attorney for Plaintiff

1

>21411 Civic Center Drive, Suite 200
>Southfield, MI 48076
>P: (248) 845-8594
>E: gsaad@blackmorelawplc.com
>P83131

Dated: January 4, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2019, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL AS TO SPIRIT AP PORTFOLIO 1, LLC AND APPLE COLORADO, LLC UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

>*/s/ Gloria Y. Saad*
>Gloria Y. Saad