# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01880-WJM

HOWARD COHAN,

    Plaintiff,

v.

SPIRIT AP PORTFOLIO 1, LLC,
J.K. GREENE INVESTMENTS LLC,
AJG INVESTMENTS LLC,
SCG INVESTMENTS, LLC,
EINSTEIN AND NOAH CORP.,
TMG OF COLORADO, LLC;
and APPLE COLORADO, LLC,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    */s/ Gloria Y. Saad*

By:  Gloria Y. Saad
    Blackmore Law PLC
    Attorney for Plaintiff
    21411 Civic Center Drive, Suite 200
    Southfield, MI 48076
    P: (248) 845-8594
    E: gsaad@blackmorelawplc.com
    P83131

Dated: January 17, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

*/s/ Gloria Y. Saad*
Gloria Y. Saad