# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01880-WJM

HOWARD COHAN,

        Plaintiff,

v.

SPIRIT AP PORTFOLIO 1, LLC,
J.K. GREENE INVESTMENTS LLC,
AJG INVESTMENTS LLC,
SCG INVESTMENTS, LLC,
EINSTEIN AND NOAH CORP.,
TMG OF COLORADO, LLC;
and APPLE COLORADO, LLC,

        Defendants.

## STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the respective parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above entitled matter be dismissed with prejudice.

        Respectfully Submitted,

Dated: February 3, 2020

| /s/ *Jennifer S. Rusie* | /s/ *Gloria Y. Saad* |
|---|---|
| Jennifer S. Rusie | Gloria Y. Saad |
| Ogletree, Deakins, Nash, Smoak, & Stewart, P.C. | Blackmore Law PLC |
| 401 Commerce Street, Suite 1200 | 21411 Civic Center Drive, Suite 200 |
| Nashville, TN 37219 | Southfield, MI 48076 |
| Telephone: (615) 254-1908 | Telephone: (833) 343-6743 |
| E-mail: jennifer.rusie@ogletree.com | E-mail: gsaad@blackmorelawplc.com |
| *Counsel for Defendants Spirit AP Portfolio 1 LLC, Apple Colorado LLC* | *Counsel for Plaintiff Howard Cohan* |


/s/ *Ryan B. Thompson*
Ryan B. Thompson
Allen & Curry, P.C.
1125 Seventeenth Street, Suite 1275
Denver, Colorado 80202
Telephone: (303) 955-6185
E-mail: rthompson@allen-curry.com
*Counsel for Defendants JK Greene Investments LLC, AJG Investments LLC, and SCG Investments, LLC*

/s/ *James B. Fairbanks*
James B. Fairbanks
Treece Alfrey Musat P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 292-2700
E-mail: jbfairbanks@tamlegal.com
*Counsel for Defendant TMG of Colorado, LLC*

/s/ *Carol Lynn Thompson*
Carol Lynn Thompson
Treece Alfrey Musat P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 292-2700
E-mail: cthompson@tamlegal.com
*Counsel for Defendant TMG of Colorado, LLC*

/s/ *Jill A. Zender*
Jill A. Zender
Faegre Baker Daniels LLP
1144 15th Streeth, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3739
E-mail: jill.zender@faegreBD.com
*Counsel for Defendant Einstein and Noah Corp.*

/s/ *Jeffery S. Beck*
Jeffrey S. Beck
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-8329
E-mail: Jeffrey.beck@faegreBD.com
*Counsel for Defendant Einstein and Noah Corp.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2020, I filed and served the foregoing STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

                                            */s/ Gloria Y. Saad*
                                            Gloria Y. Saad